UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:99-cr-280-T-23EAJ
   8:05-cv-850-T-23EAJ

JOSE JAIME MONTERO
_____/

**O R D E R**

Montero filed a notice of appeal (Doc. 5), which the court construed as a request for the issuance of a certificate of appealability. The request was denied (Doc. 8). Nearly one month after Montero filed the notice of appeal and ten days after the court denied the construed request for a certificate of appealability, Montero filed an application for a certificate of appealability (Doc. 10). For the reasons stated in the order (Doc. 8) denying the construed application, the pending application (Doc. 10) is **DENIED**.

ORDERED in Tampa, Florida, on June 24, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro